UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES LOUIS CRESWELL,

        Plaintiff,

vs.

        Case No. 11-CV-12492
        HON. GEORGE CARAM STEEH

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

## J U D G M E N T

The above entitled matter has come before the court on defendant's motion to dismiss, and in accordance with the court's order granting that motion entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendant.

Dated: October 5, 2011

        S/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE